JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERAGUN, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br> v.<br><br>PENTHE COMPANY; a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | No. 2:21-cv-01006-JAK-PD<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL (DKT. 46)** |

  Based on a review of the parties' Joint Stipulation of Dismissal (the "Stipulation" (Dkt. 46)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Plaintiff's claims against Defendant Penthe Company are dismissed with prejudice and each party will bear its own costs, expenses and attorney's fees.

**IT IS SO ORDERED.**

Dated:  9/27/2021

               _____
               John A. Kronsta
               U.S. District Judge